UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

James Borden

*Plaintiff(s)*

v.

R. Brown Warden

*Defendant(s)*

Civil Action No. 5:23-cv-98

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other:  The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. The Clerk is directed to STRIKE this matter from the active docket of this Court. Judgment entered in favor of respondent.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  John Preston Bailey

Date: April 26, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*